# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 61296 |
| | ) |
| Under Contract No. GS-25F-0062L | ) |
|   Order Nos. FA3047-12-F-0105 | ) |
|         FA3047-15-F-0037 | ) |

APPEARANCE FOR THE APPELLANT:      Donald J. Walsh, Esq.
      Wright, Constable & Skeen, LLP
      Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
      Air Force Deputy Chief Trial Attorney
      Colby L. Sullins, Esq.
      Maj Alexander L. Lowry, USAF
      Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61296, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals